In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-15-00124-CV

_____

**IN THE ESTATE OF MICHAEL JOSEPH JARMON**

_____

**On Appeal from the 1st District Court**
**Jasper County, Texas**
**Trial Cause No. 13688**

_____

**MEMORANDUM OPINION**

On October 21, 2015, the Court notified the appellant, Lisa Baca, that she must file a brief and a motion for extension of time by November 2, 2015, or the appeal would be dismissed for want of prosecution. No response has been filed. Accordingly, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

APPEAL DISMISSED.

_____
LEANNE JOHNSON
Justice

1

Submitted on November 24, 2015
Opinion Delivered November 25, 2015

Before McKeithen, C.J., Kreger and Johnson, JJ.